IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



| | |
|---|---|
| WILLIE ALEXANDER AND CARLA ALEXANDER | PLAINTIFFS |
| VS. | CAUSE NO. 3:04CV1020W-Su |
| STATE FARM INSURANCE COMPANY;<br>WILLIAM PENNA; CHRISTY CALHOUN;<br>AND MOONBEAM'S JUNGLE, INC. | DEFENDANTS |

**FINAL JUDGMENT OF DISMISSAL**

THIS CAUSE having come before the Court upon Motion *ore tenus* of all parties for dismissal, and the Court, being advised in the premises that all causes of action and claims asserted herein by any party are sought to be dismissed and withdrawn,

IT IS, HEREBY, ORDERED AND ADJUDGED that the above-styled and numbered action, including any and all claims and counterclaim(s) asserted herein, are dismissed with prejudice, with no additional assessment of costs.

SO ORDERED AND ADJUDGED this the 27th day of January, 2005.

_____
UNITED STATES DISTRICT JUDGE

AGREED:

_____
BERNARD C. JONES (MSB NO. 3186)
Attorney for Plaintiffs

*[signature]*
PHILIP W. GAINES (MSB NO. 4368)
Attorney for Christy Calhoun and
Moonbeam's Jungle, Inc.

*[signature]*
JOHN A. BANAHAN (MSB No. 1731)
J. SCOTT CORLEW (MSB No. _____)
Attorney for State Farm Insurance
Companies/State Farm Mutual Automobile
Insurance Company

*[signature]*
H. SCOT SPRAGINS (MSB NO. 7748)
Attorney for William Penna (Piena)

Civil No. 3:04-cv-102 WS

2